IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RODNEY D. ZEUNE,

       **Petitioner,**

       **v.**

WARDEN, FRANKLIN MEDICAL
CENTER,

       **Respondent.**

       **CASE NO. 2:14-CV-1459**
       **JUDGE ALGENON L. MARBLEY**
       **MAGISTRATE JUDGE KEMP**

<u>**OPINION AND ORDER**</u>

On February 27, 2015, the Magistrate Judge issued a *Report and Recommendation* recommending that Petitioner's motion to amend the petition to delete ground three of his habeas corpus petition (ECF 9) be **GRANTED,** that Respondent's motion to dismiss (ECF 8) be **DENIED,** and that Respondent be directed to file a return of writ addressing habeas corpus grounds one and two within twenty-one days.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.**  Petitioner's motion to amend the petition to delete ground three of the habeas corpus petition (ECF 9) is **GRANTED.**  Respondent's motion to dismiss (ECF 8) is **DENIED.**

Respondent is **DIRECTED** to file a response to habeas corpus grounds one and two within twenty-one (21) days.

**IT IS SO ORDERED.**

                                          **s/Algenon L. Marbley**
                                         ALGENON L. MARBLEY
                                         United States District Judge