**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RODNEY D. ZEUNE,**

      **Petitioner,**

      **v.**

**WARDEN, FRANKLIN MEDICAL**
**CENTER,**

      **Respondent.**

                               **CASE NO. 2:14-CV-1459**
                               **JUDGE ALGENON L. MARBLEY**
                               **MAGISTRATE JUDGE KEMP**

**OPINION AND ORDER**

On May 12, 2016, the Magistrate Judge issued a *Report and Recommendation* recommending that Petitioner's motion for an evidentiary hearing be denied and that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  (ECF No. 20.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 20) is **ADOPTED** and **AFFIRMED.** Petitioner's motion for an evidentiary hearing (ECF No. 17) is **DENIED.**  This action is hereby **DISMISSED**.

      **IT IS SO ORDERED**.

                                          /s/   ALGENON L. MARBLEY
                                          ALGENON L. MARBLEY
                                          United States District Judge